UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

EINA RANKIN,

      Plaintiff,                             Case No. 22-cv-12780
                                              Hon. Matthew F. Leitman

v.

EXPERIAN INFORMATION
SOLUTIONS, INC.,

      Defendant.

_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal With Prejudice by Plaintiff, this case is DISMISSED with prejudice.

**IT IS SO ORDERED.**

                                              s/Matthew F. Leitman
                                              MATTHEW F. LEITMAN
                                              UNITED STATES DISTRICT JUDGE

Dated: February 13, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 13, 2023, by electronic means and/or ordinary mail.

                                              s/Holly A. Ryan
                                              Case Manager
                                              (313) 234-5126